Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York  10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERCURY MARINE et al.

        Plaintiff,

- against -

M/V STAR GEIRANGER, etc, et al.,

        Defendants.
------------------------------------------------------------X

07 Civ. 11582

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, MERCURY MARINE, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

MERCURY MARINE is a wholly owned division of publicly traded Brunswick Corp.

Dated: New York, New York
      December 26, 2007
      228-27

                      **CASEY & BARNETT, LLC**
                      Attorneys for Plaintiff

          By: _/s/ Martin F. Casey_
               Martin F. Casey (MFC-1415)
               317 Madison Avenue, 21st Floor
               New York, New York 10017
               (212) 286-0225