RECEIVED JAN 29 2008 JUDGE SWEET CHAMBERS

Sweet/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MERCURY MARINE et al

        Plaintiff,

    - against -

M/V STAR GEIRANGER etc et al.

        Defendants
-------------------------------------------------------X

07 Civ. 11582 (RWS)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

The above entitled matter having been settled,

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       January 25, 2008
       228-27

                      CASEY & BARNETT, LLC
                      Attorneys for Plaintiff

           By: _____
                      Martin F. Casey (MFC-1415)
                      317 Madison Avenue, 21st Floor
                      New York, New York 10017
                      (212) 286-0225

**SO ORDERED:**

_____
U.S.D.J.
1.29.08